# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING
US, INC.

VERSUS

WILLIAMS OLEFINS, L.L.C. AND
THE WILLIAMS COMPANIES, INC.

NO.   2020 CW 1094

**NOVEMBER 06, 2020**

---

In Re:    Sabic Petrochemicals Holding US, Inc., applying for
          supervisory writs, 18th Judicial District Court,
          Parish of Iberville, No. 76976.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

    **WRIT GRANTED WITH ORDER.** The district court's November 4, 2020 judgment which struck the jury is reversed. It is undisputed that both parties herein perfected their right to a trial by jury prior to the October 2019 trial, pursuant to the district court's order setting the jury bond at $5,000. The subsequent order setting a new trial date did not modify or annul that prior jury bond amount, but provided that the provisions of the Louisiana Code of Civil Procedure governed jury costs and bond. Defendants herein timely posted the jury bond no later than sixty days prior to trial in the amount previously set by the district court in advance of the November 9, 2020 trial. While defendants thereafter filed a motion on November 2, 2020 to strike the jury, we find, at a minimum, plaintiff had ten days from such request to file the bond. La. Code Civ. P. art. 1734. Accordingly, this matter is remanded to the district court with instructions to reinstate the jury for the trial scheduled to begin on November 9, 2020, subject to plaintiff, Sabic Petrochemicals Holdings US, Inc., posting the jury bond in the amount of $5,000.

                        **JMG**
                        **PMc**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT